UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ROBERT L. HEATH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV407-184 |
| ) | |
| MRS. J. JOHNSON, and AL St. ) | |
| LAWRENCE, Sheriff, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 28 day of Jan, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA